NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LA'MEL NATHANIEL JOHNSON,      )
           )
      Appellant,      )
           )
v.      )      Case No. 2D18-2310
           )
STATE OF FLORIDA,      )
           )
      Appellee.      )
_____)

Opinion filed September 13, 2019.

Appeal from the Circuit Court for Pinellas
County; Frank Quesada, Judge.

Howard L. Dimmig, II, Public Defender, and
Caroline Joan S. Picart, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


Affirmed.


CASANUEVA, KELLY, and LaROSE, JJ., Concur.